**Order entered August 4, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00516-CV

## HARTMAN SPE, LLC, ET AL., Appellants

## V.

## OLUWANFISAYO T. OFEIMU, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02083-2020**

## ORDER

Before the Court is the August 1, 2022 request of Denise Carrillo, Official Court Reporter for the 471st Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 1, 2022**.

/s/     BONNIE LEE GOLDSTEIN
       JUSTICE